COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re David Torres, Torres Metals Recycling, and Torres Salvage, Inc

Appellate case number:   01-17-00967-CV

Trial court case number: 33276

Trial court:             12th District Court of Grimes County

Relators filed a petition for writ of mandamus asking us to compel the trial court to vacate its reinstatement order. Relator also filed a motion for emergency relief. We granted relator's request for emergency relief and issued an order staying all trial court proceedings. In the order, we asked real party in interest, Benny Torres, to file a response to the petition by January 12, 2018. Real party instead filed a copy of a notice of nonsuit filed in the trial court.

We direct relator to file a response within 10 days of the date of this order addressing whether this proceeding is moot.

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey
              ☑  Acting individually     ☐  Acting for the Court

Date: January 25, 2018